STATE OF NEW JERSEY v. IVORY AUGUSTUS HAWKINS.

June 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JESSE MACK GALLOWAY, JR.

June 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JESSE MACK GALLOWAY, JR.

June 1, 1976. Cross-petition for certification denied.

STATE OF NEW JERSEY v. ROCCO CORNACCHIO.

June 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN WILLIAM BROWN

June 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT SZALMA.

June 1, 1976. Petition for certification denied.